IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH C. LONGWAY, d/b/a Longway Broadband Services, ) ) ) Plaintiff, ) ) v. ) ) THE SANBORN MAP COMPANY ) and APPLIED GEOGRAPHICS, INC., ) ) Defendants. ) | Civil No. 3:10-0896 Judge Trauger Magistrate Judge Knowles |

## **O R D E R**

On October 18, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 100), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss (Docket No. 80) filed by defendant The Sanborn Map Company is **GRANTED**, and all claims against defendant The Sanborn Map Company in this action are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 6th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge