ORDER:
Motion granted in part. The "Supplemental Response" (Docket No. 114) shall be sealed.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH C. LONGWAY d/b/a LONGWAY BROADBAND SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>THE SANBORN MAP COMPANY & APPLIED GEOGRAPHICS, INC.,<br><br>Defendants. | Civil Action No. 3:10-cv-00896<br>Judge Trauger<br>Magistrate Knowles |

**DEFENDANT THE SANBORN MAP COMPANY, INC.'S MOTION TO STRIKE OR SEAL PLAINTIFF'S *PRO SE* SUPPLEMENT RESPONSE TO MOTION TO DISMISS**

Defendant, The Sanborn Map Company ("Sanborn"), respectfully submits the following motion to strike or seal Plaintiff's *Pro Se* Supplement Response to Defendants' Motion to Dismiss & Failure to State Claim [Doc. 114] ("Supplemental Response" or "Response"), which discloses certain confidential, inadmissible and irrelevant settlement communications. In support of this Motion, Sanborn states as follows:

1. On November 6, 2013, this Court accepted the Magistrate Judge's report and recommendation [Doc. 100], granted Sanborn's Motion to Dismiss [Doc. 80] on the grounds of *res judicata*, and dismissed *with prejudice* all claims asserted by the Plaintiff against Sanborn [Doc. 101].

2. On November 14, 2013, Defendant Applied Geographics, Inc. ("AppGeo") filed its own Motion to Dismiss [Doc. 103] on *res judicata* grounds.[1] Plaintiff filed his response on December 20, 2013 [Doc. 112], and AppGeo filed a reply on January 8, 2014 [Doc. 113].

---

[1] Because AppGeo's Motion to Dismiss [Doc. 103] is still pending before this Court, the prior Order of this Court dismissing Sanborn *with prejudice* [Doc. 101] is technically not yet "final." *See* Fed. R. Civ. P. 54(b). Nevertheless, out of an abundance of caution, Sanborn further